UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| BRUCE A. LEWIS, | Civil No. 06-2077 (PJS/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| HALLMARK CARDS, INC., | |
| Defendant. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application To Proceed <u>In Forma Pauperis</u>, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: 8/8/06

                                                  s/Patrick J. Schiltz
                                                  Patrick J. Schiltz
                                                  U.S. District Judge